IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER MALDONADO,** | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3823 |
| | : | |
| **MICHAEL FISCHER, et al.** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 19th day of August, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF. No. 150), and Plaintiff's Motion in Opposition (ECF No. 157), and for the reasons explained in the accompanying Memorandum it is hereby **ORDERED** that:

1. Defendants' Motion (ECF No. 150) is **GRANTED-IN-PART** and **DENYED-IN-PART**, and Summary Judgment is entered on all claims except for Plaintiff's Fourteenth Amendment claim against Defendant Fischer as to his conditions of confinement,

2. Plaintiff's Motions (ECF Nos. 126 and 161) are **DENIED**,

3. Plaintiff's Motions (ECF Nos. 129, 130, 133, 143, 147, and 160) are **DENIED** as premature with leave to refile once a trial date has been set,

4. Motions (ECF Nos. 135, 142, 148) are **DENIED as moot**,

5. Plaintiff's Motion (ECF No. 137) is **DENIED**.[1]

---

[1] On September 12, 2023, I put this case on the Prisoner Civil Rights Panel for a potential appointment of counsel. (ECF No. 76.). At that time, I advised Plaintiff that he had no legal right to an attorney, and that acceptance of an appointment was in the discretion of reviewing attorneys. Id. On January 3, 2024, after Plaintiff's case remained on the Panel for more than ninety days with no attorney having volunteered to accept an appointment, I removed the case from the Panel and advised Plaintiff that if he wished to proceed with his case, he had to represent himself. (ECF No. 84.) On August 13, 2024, I stayed this case for thirty days so that Plaintiff could have private counsel enter an appearance on his behalf. At that time, I advised Plaintiff that if no counsel entered their appearance within thirty days, he would need to litigate his case *pro se*. (ECF No. 120.)

6. Plaintiff's Motions (ECF Nos. 157 and 159), which I construe as a response to Defendant's Motion for Summary Judgment, are **DENIED as moot**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**